IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No: 3:12-cv-120-MOC-DSC

| | |
|---|---|
| PIKE ELECTRIC, LLC (f/k/a PIKE ELECTRIC, INC.) and PIKE TANZANIA, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> SYMBION POWER, LLC and SYMBION POWER AFRICA, LLC, <br><br> Defendants. | ORDER |

Having considered the Parties' Joint Motion to Stay Pending Settlement, and finding good cause for the relief requested therein, the Court hereby GRANTS the Parties' Motion.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that (1) this action shall be and hereby is stayed through and including June 25, 2012 to allow the Parties to perform under their Memorandum of Settlement Agreement dated March 14, 2012; (2) in the event that a Stipulation of Dismissal is not filed in this action on or before June 25, 2012, the stay hereunder shall be automatically lifted such that Defendants' response to the Complaint must be filed and served on or before July 2, 2012 and Defendants' responses to Plaintiffs' Motion to Compel Arbitration and Stay this Action Pending Arbitration and the Motion to Enjoin Prosecution of Duplicative Foreign Lawsuit must be filed and served on or before July 9, 2012; and (3) any Party may at any time move this Court to lift the stay or for other appropriate relief.

**SO ORDERED**.

Signed: March 20, 2012

David S. Cayer
United States Magistrate Judge