# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
### Civil Action No: 3:12-cv-120-MOC-DSC

| | |
|---|---|
| **PIKE ELECTRIC, LLC (F/K/A PIKE ELECTRIC, INC.) AND PIKE TANZANIA, LLC,**<br><br>                **Plaintiffs,**<br><br>v.<br><br>**SYMBION POWER, LLC AND SYMBION POWER AFRICA, LLC,**<br><br>                **Defendants.** | **ORDER** |

**THIS MATTER** is before the Court on the parties' Joint Motion to Extend Stay Pending Settlement, and having consulted with the chambers of the Honorable Max O. Cogburn, Jr., the Court hereby **GRANTS** the parties' Motion:

**IT IS HEREBY ORDERED** that (1) this action shall be and hereby is stayed through and including August 18, 2012 to allow the parties to perform under their Memorandum of Agreement dated March 14, 2012, as amended by letter agreement dated June 28, 2012; (2) in the event that a Stipulation of Dismissal is not filed in this action on or before August 18, 2012, the stay hereunder shall be automatically lifted such that Defendants' response to the Complaint must be filed and served on or before August 27, 2012 and Defendants' responses to Plaintiffs' Motion to Compel Arbitration and Stay this Action and Motion to Enjoin Prosecution of Duplicative Foreign Lawsuit must be filed and served on or before September 3, 2012; and (3) any party may at any time move this Court to lift the stay or for other appropriate relief.

<u>The parties are advised that there will be no further extensions.</u>

**SO ORDERED**.   Signed: June 29, 2012

David S. Cayer
United States Magistrate Judge