# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
## 3:14cv140

| | | |
|---|---|---|
| PIKE ELECTRIC, LLC and PIKE TANZANIA, LLC, | ) ) ) | |
| Plaintiffs, | ) ) | Order |
| Vs. | ) ) ) | |
| SYMBION POWER, LLC and SYMBION POWER AFRICA, LLC, | ) ) ) ) | |
| Defendants. | ) ) | |

This matter is before the court on the parties' Joint Motion for Consent Order Granting Pike's Pending Motions. In the motion, the parties request that the court grant Pike's Motion to Compel Arbitration and Stay this Action Pending Arbitration (#11) as well as its Motion to Enjoin Prosecution of a Duplicative Foreign Lawsuit (#13). Having considered the motion and the representations made to the court during the October 17, 2012 status conference, and good cause having been shown therein, the court will allow the motion.

**IT IS, THEREFORE, ORDERED** that the Joint Motion for Consent Order Granting Pike's Pending Motions (# 37), as well as Pike's Motion to Compel Arbitration and Stay this Action Pending Arbitration (#11) and Motion to Enjoin Prosecution of a Duplicative Foreign Lawsuit (#13), are **GRANTED**. As was discussed at the status conference, the action will be stayed until March 15, 2012. The parties' expectations of an imminent settlement notwithstanding, the court strongly encourages the parties to immediately begin preparing for arbitration so that in the event that the settlement agreement is not fulfilled the matter can still be resolved by the above date. Furthermore, as requested by the parties at the status conference,

defendants Symbion Power, LLC and Symbion Power Africa, LLC are hereby enjoined from further prosecuting its foreign lawsuit against Pike Electric, LLC and Pike Tanzania, LLC.

Signed: October 29, 2012

Max O. Cogburn Jr.
United States District Judge